465-15

# ELECTRONIC RECORD

COA # 01-11-01114-CR          OFFENSE: 29.03 (Agg Robbery)

STYLE: John James Smith v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 184th District Court

DATE: 05/30/2013          Publish: NO          TC CASE #: 1234109

# IN THE COURT OF CRIMINAL APPEALS

STYLE: John James Smith v. The State of Texas          CCA #: 465-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/17/2015          SIGNED: _____ PC: _____

JUDGE: _____          PUBLISH: _____ DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**